IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **ROBERT E. MOECKEL**, individually and on behalf of the John Morrell Employee Benefits Plan, similarly situated Plans, and other participants and beneficiaries similarly situated, | ) ) ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | Case No. 3:04-0633 Judge Trauger |
| **CAREMARK, INC.,** | ) ) | |
| **Defendant.** | ) | |

## ORDER

For the reasons expressed in the accompanying memorandum, defendant Caremark's motion to dismiss or transfer venue to the Northern District of Illinois, pursuant to 28 U.S.C. § 1406(a), or, in the alternative, to transfer venue to the Northern District of Illinois pursuant to 28 U.S.C. § 1404(a) (Docket No. 82) is hereby denied.

It is so **ORDERED**.

Entered this 3rd day of April 2006.

ALETA A. TRAUGER
United States District Judge