IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT E. MOECKEL, individually and on behalf of the John Morrell Employee Benefits Plan, similarly situated Plans, and other participants and beneficiaries similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> CAREMARK INC., <br><br> Defendant. | Case No.: CV-3-04-0633 <br> Judge Trauger <br> Magistrate Judge Knowles |

**UNOPPOSED MOTION FOR ENTRY
OF FINAL JUDGMENT AND ORDER OF DISMISSAL**

Defendant Caremark Inc. ("Caremark" or "Defendant"), by its attorneys, pursuant to Rule 58 of the Federal Rules of Civil Procedure respectfully requests that this Court direct the Clerk of Court to enter final judgment in favor of Defendant and against Plaintiff Robert E. Moeckel ("Moeckel" or "Plaintiff"), and, in support thereof, states as follows:

1. Moeckel filed suit against Caremark on July 19, 2004, and filed an Amended Complaint on November 9, 2004, the claims in which alleged that, "Caremark is a fiduciary under ERISA and that Caremark breaches its fiduciary duties in several ways." (Amended Complaint, Docket No. 44 at ¶ 2).

2. On May 7, 2007, the parties cross-moved for summary judgment as to Caremark Inc.'s ERISA fiduciary status. *See* Docket No.'s 120, 123, 128 and 130.[1]

---

[1] Moeckel sought a ruling that Caremark acted as an ERISA fiduciary in its relationship with the John Morrell Plan, such that his case could then be permitted to proceed to determine whether there had been any fiduciary breach. *See* Docket No. 123, p. 2 ("whether Caremark breached its fiduciary duties is a separate question that remains to be addressed down the road"). Whereas, Caremark sought judgment that it was not an ERISA fiduciary as to the John

3. On November 13, 2007, this Court granted Caremark's motion, and denied plaintiff's cross-motion, holding that, "the court does not find that Caremark is an ERISA fiduciary. . . . ***Moeckel may not sustain claims against Caremark for breach of fiduciary duty.***" *See* Nov. 13, 2007 Memorandum Opinion, Docket No. 166 at p. 51 (emphasis added). As all of Moeckel's claims were premised on there existing an ERISA fiduciary duty, and a breach thereof, the Court's November 13, 2007, ruling disposed of this matter in its entirety.

4. Accordingly, as this matter remains open on the Court's docket, Caremark requests that, pursuant to Rule 58 of the Federal Rules of Civil Procedure, this Court direct the Clerk of Court to enter final judgment in favor of Defendant and against Plaintiff Robert E. Moeckel, confirming the dismissal of this matter with prejudice.

5. Undersigned counsel has conferred with counsel for Plaintiff regarding this Motion, and they have no opposition to the relief requested herein.

WHEREFORE, Caremark respectfully requests that this Court direct the Clerk of Court to enter final judgment in favor of Defendant and against Plaintiff Robert E. Moeckel, dismissing this matter with prejudice, and for such further relief as it deems just and proper.

---

Morrell Plan, and that it was therefore entitled to judgment as a matter of law as to plaintiff's claims. *See* Docket No. 130, p. 2 ("Caremark is not an ERISA fiduciary as a matter of law and it should be granted summary judgment.")

**Dated:** April 2, 2008                                    Respectfully submitted,

                                                            By:    */s/Robert H. Griffith*_____
                                                                   One of The Attorneys for
                                                                   Defendant Caremark Inc.

                                                            Joseph A. Woodruff (#12869)
                                                            Jennifer L. Weaver (#20142)
                                                            WALLER LANSDEN DORTCH &
                                                            DAVIS, LLP
                                                            511 Union Street, Suite 2700
                                                            Nashville, Tennessee 37219-8966
                                                            Telephone: (615) 244-6380
                                                            Facsimile: (615) 244-6804

                                                            Frank E. Pasquesi (Admitted *pro hac vice*)
                                                            Robert H. Griffith (Admitted *pro hac vice*)
                                                            FOLEY & LARDNER LLP
                                                            321 North Clark Street, Suite 2800
                                                            Chicago, IL 60610-4764
                                                            Telephone: 312.832.4500
                                                            Fax: 312.832.4700

## CERTIFICATE OF SERVICE

I hereby attest that the foregoing document was served on the following individuals on the 2d day of April, 2008 as follows:

| | |
|---|---|
| Mike Miller, Esq.<br>Stacey E. Tjon, Esq.<br>SOLBERG STEWART MILLER JOHNSON & TJON<br>1129 Fifth Avenue South<br>Post Office Box 1897<br>Fargo, North Dakota 58107-1897<br>Phone: 701/237-3166<br>Fax: 701/237-4627 | *Via ECF* |
| Maury A. Herman, Esq.<br>Stephen J. Herman, Esq.<br>HERMAN MATHIS CASEY KITCHENS & GEREL, LLP<br>820 O'Keefe Avenue<br>New Orleans, Louisiana 70113<br>Phone 504 /581-4892<br>Fax: 504/561-6024 | *Via ECF* |
| David A. McKay, Esq.<br>HERMAN MATHIS CASEY KITCHEN & GEREL, LLP<br>230 Peachtree Street, N.W., Suite 2260<br>Atlanta, Georgia 30303<br>Phone: 404/880-9500<br>Fax: 404/880-9605 | *Via ECF* |
| John A. Day, Esq.<br>Brandon E. Bass, Esq.<br>BRANHAM & DAY, P.C.<br>5300 Maryland Way, Suite 300<br>Brentwood, TN 37027 | *Via ECF* |

                                                          */s/Robert H. Griffith*